UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CORRION,

    Petitioner,

v.                                                              Case No: 13-10746

DANIEL H. HEYNS, et al.,

    Respondents.
                                         /

**ORDER SUMMARILY DISMISSING COMPLAINT**

John Corrion is a state inmate currently incarcerated at the Kinross Correctional Facility in Kincheloe, Michigan. He has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff seeks leave to proceed *in forma pauperis* in this matter. 28 U.S.C. § 1915. Plaintiff has been enjoined from filing lawsuits in this court without first obtaining leave from the presiding judge. Because such leave has not been requested or granted, the court will dismiss the complaint.

Plaintiff has been a frequent filer of civil rights complaints. Judge Steeh recently reviewed Plaintiff's history of filing frivolous and malicious actions. *See* "Order Striking Complaint," *Corrion v. Corrion*, No. 12-15484 (E.D. Mich. Feb. 1, 2013). He noted that Plaintiff has filed at least twenty-eight lawsuits in this court, twenty of which were dismissed either for a failure to pay the filing fee after denial of leave to proceed *in forma pauperis* or for being frivolous or malicious or failing to state a claim. *Id.* at 2. Judge Steeh stated that Plaintiff "is a vexatious litigant who will not stop filing these actions absent action of the court" and ordered Plaintiff barred from filing further actions

in this court without first seeking leave from the presiding judge. *Id.* at 3. Plaintiff has failed to request or obtain permission from the presiding judge to file this complaint. Accordingly,

    IT IS ORDERED that this action is DISMISSED.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: February 28, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2013, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522